**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-4016-01/02-CR-C-SOW |
| ) | |
| JACOB ROLL/JUSTINE GREGORY ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendants Jacob Roll and Justine Gregory, by consent, appeared before the undersigned on April 6, 2009, pursuant to Fed. R. Crim. P. 11, Local Rule 72(j)(26), and 28 U.S.C. § 636, and has entered pleas of guilty to Count 1, 18, 30, and 31 for defendant Roll and Counts 1, 10 and 22 for defendant Gregory of the superseding indictment. After cautioning and examining the defendants, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty pleas were made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which the defendants have plead guilty are supported by a factual basis for each of the essential elements of the offenses.

IT IS, THEREFORE, RECOMMENDED that the pleas of guilty be accepted and that defendants Roll and Gregory be adjudged guilty and have sentences imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its filing will prevent the defendants from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 6th day of April, 2009, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge