IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-4016-01/02-CR-C-SOW |
| JACOB ROLL/JUSTINE GREGORY, | ) ) ) | |
| Defendants. | ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #49) from United States Magistrate Judge William A. Knox. On April 6, 2009, defendants Jacob Roll and Justine Gregory appeared before Magistrate Judge Knox, by consent, and entered pleas of guilty. Defendant Roll entered pleas of guilty to Counts 1, 18, 30, and 31 of the superseding indictment. Defendant Gregory entered pleas of guilty to Counts 1, 10, and 22 of the superseding indictment.

Accordingly, it is hereby

ORDERED that the pleas of guilty are accepted and defendant Roll is adjudged guilty of Counts 1, 18, 30, and 31 of the superseding indictment and defendant Gregory is adjudged guilty of Counts 1, 10, and 22 of the superseding indictment. It is further

ORDERED that a presentence investigation report be prepared for each defendant.

     /s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___4/7/2009_____